### DEVOTO v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. March 4, 1920.)

No. 3329.

INTERNAL REVENUE ☞47—CONVICTION OF ILLEGAL RETAIL LIQUOR DEALER SUSTAINED BY EVIDENCE.

Judgment of conviction for carrying on the business of retail liquor dealer without having paid the special tax therefor *held* sustained by the evidence.

In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge.

Criminal prosecution by the United States against E. Devoto. Judgment of conviction, and defendant brings error. Affirmed.

A. B. Galloway, of Memphis, Tenn., for plaintiff in error.
Thos. J. Walsh, Asst. U. S. Atty., of Humboldt, Tenn.

, Before KNAPPEN, DENISON, and DONAHUE, Circuit Judges.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

PER CURIAM. This writ is brought to review conviction of plaintiff in error on a charge of carrying on the business of retail liquor dealer without having paid the special tax required by law. The only question raised is the sufficiency of the evidence to sustain the conviction.

Plaintiff in error has defaulted for lack of brief under our rule 20, subdivision 1 (202 Fed. xiv, 118 C. C. A. xiv). No application is presented for further time in that regard. The government has filed its brief, and moves to dismiss under the rule.

The record contains abundant testimony to sustain the conviction, under the rule announced by this court in Bailey v. United States, 259 Fed. 88, 92, —— C. C. A. ——, and applied in Sodini v. United States, 261 Fed. 913, —— C. C. A. ——, decided December 12, 1919. The substantial result is the same, whether the writ is dismissed or the judgment affirmed. Our action will take the latter form.

Judgment affirmed.